Amanda L. Groves (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5802
Telephone:  (415) 591-1000
Facsimile:  (415) 591-1400

Daniel D. Rubinstein (SBN: 178896)
drubinstein@winston.com
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700

Shawn R. Obi (SBN: 288088)
sobi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:  (213) 615-1750

Attorneys for Defendant
MAKER'S MARK DISTILLERY, INC.,
d.b.a. MAKER'S MARK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFORA NOWROUZI AND TRAVIS WILLIAMS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MAKER'S MARK DISTILLERY, INC., d.b.a. MAKER'S MARK,<br><br>Defendant. | **Case No. 3-14-cv-02885 JAH NLS**<br>Pleading Type:  Class Action<br><br>**DEFENDANT MAKER'S MARK DISTILLERY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date:  March 2, 2015<br>Time:           2:30 p.m<br>Courtroom:    13B<br>Judge:          Hon. John A. Houston<br><br>Complaint Filed: December 5, 2014 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 2, 2015, at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 13B of the above-entitled court, located at 221 West Broadway, San Diego, California, Defendant Maker's Mark Distillery, Inc., d/b/a. Maker's Mark ("Maker's Mark") will and hereby does move the Court to dismiss Plaintiffs Safora Nowrouzi and Travis Williams's Complaint (Dkt. 1) with prejudice pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure. This Motion is made on the grounds that Plaintiffs cannot state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and Request for Judicial Notice in support of the Motion filed concurrently herewith and Proposed Order filed herewith, the record in this action, and any evidence and argument that may be presented at or before the hearing.

Dated:  January 16, 2015

Respectfully submitted,

WINSTON & STRAWN LLP

By: */s/ Amanda L. Groves*
Amanda L. Groves
Daniel D. Rubinstein
Attorneys for Defendant
MAKER'S MARK DISTILLERY, INC.,
d.b.a. MAKER'S MARK